[Crim. No. 3268. In Bank.—July 15, 1929.]

In the Matter of LEONARD T. MAYHEW on Habeas Corpus.

G. E. Harpham for Petitioner.

No appearance for Respondent.

THE Petition for rehearing on application for *habeas corpus* is denied. (See *People* v. *Plum*, 97 Cal. App. 253 [275 Pac. 518]; *People* v. *Plum*, 88 Cal. App. 575 [263 Pac. 862], on rehearing, 88 Cal. App. 585 [265 Pac. 322]; *People* v. *Manchell*, 91 Cal. App. 788 [267 Pac. 718].)